**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

LOUIS T. TORRES, JR.,
           Plaintiff,

v.                                       CV No. 19-1041 CG

ANDREW SAUL, Commissioner of the
Social Security Administration,

           Defendant.

## <u>ORDER TO SEAL ADMINISTRATIVE RECORD</u>

**THIS MATTER** is before the Court on Defendant Commissioner's *Unopposed Motion to Seal Administrative Record* (the "Motion"), (Doc. 14), filed February 7, 2020. The Court, having considered the Motion, noting it is unopposed, and being fully advised in the premises, finds that there is good cause for granting the Motion.

**IT IS THEREFORE ORDERED** that Defendant's *Unopposed Motion to Seal Administrative Record*, (Doc. 14), is **GRANTED**, and the administrative record lodged by Defendant in the above-referenced case shall be permanently sealed. Access to the administrative record shall be limited to the Court and the case participants only.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE