# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

LOUIS T. TORRES, JR.,

          Plaintiff,

v.                                 CV No. 19-1041 CG

ANDREW SAUL, Commissioner of the
Social Security Administration,

          Defendant.

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEFS

**THIS MATTER** is before the Court on Plaintiff Louis Torres' *Unopposed Motion for Extension of Time to File Briefs* (the "Motion"), (Doc. 18), filed April 9, 2020. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Remand shall be filed no later than **May 1, 2020**, Defendant's Response shall be filed no later than **June 29, 2020**, and Plaintiff may file a Reply no later than **July 7, 2020**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE