IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LOUIS T. TORRES, JR.,

                Plaintiff,

v.                                                                        CV No. 19-1041 CG

ANDREW SAUL,
Commissioner of the
Social Security Administration,

                Defendant.

### ORDER GRANTING IN PART UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE BRIEFS

**THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion for Extension of Time to File Briefs* (the "Motion"), (Doc. 20), filed May 1, 2020. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED IN PART**.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Remand shall be filed no later than **May 11, 2020**, Defendant's Response shall be filed no later than **July 10, 2020**, and Plaintiff may file a Reply and shall file a Notice of Completion of Briefing no later than **July 17, 2020**. No further extensions will be granted.

**IT IS SO ORDERED**.

                                                      THE HONORABLE CARMEN E. GARZA
                                                      CHIEF UNITED STATES MAGISTRATE JUDGE