IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LOUIS T. TORRES, Jr.,

      Plaintiff,

v.                                                                                                  CV No. 19-1041 CG

ANDREW SAUL,
Commissioner of the
Social Security Administration,

      Defendant.

## ORDER GRANTING IN PART MOTION TO EXTEND

**THIS MATTER** is before the Court on Defendant's *First Unopposed Motion for Extension of Time* (the "Motion"), (Doc. 23), filed July 2, 2020. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED IN PART**.

Defendant shall have until **July 24, 2020**, to file his Response to Plaintiff's Motion. Plaintiff shall have until **August 7, 2020**, to file a Reply in support of his Motion. No further extensions will be granted.

      **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE