IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LOUIS T. TORRES, Jr.,

      Plaintiff,

v.                                                    CV No. 19-1041 CG

ANDREW SAUL, Commissioner
of the Social Security Administration,

      Defendant.

## ORDER GRANTING IN PART DEFENDANT'S MOTION TO EXTEND

**THIS MATTER** is before the Court on Defendant's *Unopposed Motion for Second Extension of Time* (the "Motion"), (Doc. 26), filed July 22, 2020. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED IN PART**.

**IT IS THEREFORE ORDERED** that Defendant shall have until **July 28, 2020**, to file a response, and Plaintiff shall have until **August 11, 2020**, to file a reply.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE