## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

LOUIS T. TORRES, JR.,

                Plaintiff,

v.                                            CV No. 19-1041 CG

ANDREW SAUL, Commissioner of the
Social Security Administration,

                Defendant.

### ORDER GRANTING UNOPPOSED MOTION TO REMAND
### UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g)

**THIS MATTER** is before the Court on Defendant Commissioner's *Unopposed Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g)* (the "Motion"), (Doc. 28), filed July 28, 2020. The Court, having reviewed the Motion, and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

The Court hereby **REVERSES** the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g) and **REMANDS** the case to the Commissioner for further administrative proceedings and to obtain additional evidence as needed.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE