IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LOUIS T. TORRES, JR.,

    Plaintiff,

v.                 CV No. 19-1041 CG

ANDREW SAUL, Commissioner of the
Social Security Administration,

    Defendant.

## FINAL JUDGMENT

**THE COURT**, having issued the *Order Granting Unopposed Motion to Remand Under Sentence Four of 42 U.S.C. § 405(g)*, (Doc. 29), enters this Judgment in compliance with Rule 58 of the Federal Rules of Civil Procedure. Defendant's *Unopposed Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g)*, (Doc. 28), shall be **GRANTED.** This case is remanded to the Commissioner for further proceedings under Sentence Four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE